D. C. ANDREWS & CO. INC. *v.* UNITED STATES

**No. 6698.**—Invoice dated Birmingham, England, February 22, 1946.
Certified February 25, 1946.
Entered at New York, N. Y., April 8, 1946.
Entry No. 750630.

(Decided January 3, 1947)

*Lawrence, Tuttle & Harper* (*Frank L. Lawrence* of counsel) for the plaintiff.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

OLIVER, Presiding Judge:   This appeal for reappraisement has been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the so-called British purchase tax.

Judgment will be rendered accordingly.

BERGDORF GOODMAN CO. (GLOBE SHIPPING CO., INC.) ET AL. *v.* UNITED STATES

**No. 6699.**—Pro forma invoices dated London, England, May 13, 1946, etc.
Entered at New York, N. Y., June 6, 1946, etc.
Entry No. 766139, etc.

(Decided January 3, 1947)

*John D. Rode* for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

TILSON, Judge:   Counsel for the respective parties have agreed in writing that in the appeals listed in schedule A, hereto attached and made a part hereof, the issues are similar in all material respects to the issues in *United States* v. *Pitcairn*, C. A. D. 334, and the record therein has been admitted in evidence in this case.

Accepting this stipulation as a statement of fact, and following the cited authority, I find and hold the proper dutiable export values of the merchandise covered by these appeals to be the values found by the appraiser, less any amounts added by the importers on entry to meet advances made by the appraiser in similar cases then pending on appeal.   Judgment will be rendered accordingly.